FRANK C. KRUG, Appellant, v. HOMER D. BLISS, Respondent.

Reported below, 171 App. Div. 976.
(Submitted April 7, 1919; decided April 15, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 22, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

The motion was made upon the ground that certain

findings of fact and conclusions of law had been omitted from the record on appeal.

*Walter N. Renwick* for motion.

*James O. Sebring* opposed.

Motion denied, with ten dollars costs, but without prejudice to the right to renew the same on papers which shall include copies of the findings of fact and conclusions of law said to have been omitted from cases served on appeal and a copy of the Appellate Division order said to have been made requiring such findings and conclusions to be incorporated in the case on appeal.